# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re: §
       §
SCHUEMAN, GARY K. § Case No. 11-48741
SCHUEMAN, CYNTHIA L. §
       §
       §
       Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on     . The undersigned trustee was appointed on             .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of              $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]            $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D**.

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/Elizabeth C. Berg, Trustee_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1 - GARY & CYNTHIA SCHUEMAN
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit A

| Case No: | 11-48741 MB Judge: MANUEL BARBOSA | | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | SCHUEMAN, GARY K. | | Date Filed (f) or Converted (c): | 12/02/11 (f) |
| | SCHUEMAN, CYNTHIA L. | | 341(a) Meeting Date: | 01/09/12 |
| For Period Ending: | 12/05/12 | | Claims Bar Date: | 06/14/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 180 Geneva Rd. Glen Ellyn, IL 60137  stay lifted | 350,000.00 | 0.00 | | 0.00 | FA |
| 2. Chase checking account ending 1506 | 900.00 | 0.00 | | 0.00 | FA |
| 3. Chase savings account ending 9959  Debtors used funds to pay estate for settlement of equity in vehicles; no value to estate to pursue recovery | 439.00 | 0.00 | DA | 0.00 | FA |
| 4. Charter One checking account  Debtors used fundsto pay estate for settlement of equity in vehicles; no value to estate to pursue recovery | 50.00 | 0.00 | DA | 0.00 | FA |
| 5. Security deposit held by Debtor's landlord | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. Ordinary household goods and furnishings | 1,500.00 | 0.00 | | 0.00 | FA |
| 7. Ordinary wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| 8. Beaver Coat, Pink Leather Coat with Silver FOx col | 300.00 | 0.00 | | 0.00 | FA |
| 9. American General Life Insurance (term) | 0.00 | 0.00 | | 0.00 | FA |
| 10. Amercian General Life Insurance (term) | 0.00 | 0.00 | | 0.00 | FA |
| 11. 2008 Toyota Sienna | 14,876.00 | 1,000.00 | | 1,000.00 | FA |

FORM 1 - GARY & CYNTHIA SCHUEMAN
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2
Exhibit A

| Case No: | 11-48741 MB Judge: MANUEL BARBOSA | Trustee Name: | Elizabeth C. Berg, Trustee |
| --- | --- | --- | --- |
| Case Name: | SCHUEMAN, GARY K. | Date Filed (f) or Converted (c): | 12/02/11 (f) |
| | SCHUEMAN, CYNTHIA L. | 341(a) Meeting Date: | 01/09/12 |
| | | Claims Bar Date: | 06/14/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 12. 2011 Ford Explorer | 22,000.00 | 5,000.00 | | 5,000.00 | FA |
| 13. Time Share Avon Colorado | 0.00 | 0.00 | | 0.00 | FA |
| 14. Time Share in Las Vegas, Nevada | 0.00 | 0.00 | | 0.00 | FA |
| 15. Time Share in Antilles | 0.00 | 0.00 | | 0.00 | FA |

|  |  |  |  |  |
| --- | --- | --- | --- | --- |
| | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $392,065.00 | $6,000.00 | $6,000.00 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee reached settlement with Debtors for purchase of Estate's interest in (2) motor vehicles and recovered $6,000.00.

Trustee has reviewed claims and is preparing final report. Anticipates making final distribution in early 2013.

Initial Projected Date of Final Report (TFR): 12/31/12     Current Projected Date of Final Report (TFR): 12/31/12

/s/   Elizabeth C. Berg, Trustee
_____  Date: 12/05/12
ELIZABETH C. BERG, TRUSTEE

**FORM 2**  **GARY & CYNTHIA SCHUEMAN**  Page: 1
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**  Exhibit B

| Case No: | 11-48741 -MB | | Trustee Name: | Elizabeth C. Berg, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | SCHUEMAN, GARY K. | | Bank Name: | Congressional Bank |
| | SCHUEMAN, CYNTHIA L. | | Account Number / CD #: | *******6161  Checking Account |
| Taxpayer ID No: | *******5652 | | | |
| For Period Ending: | 12/05/12 | | Blanket Bond (per case limit): | $ 100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C  03/07/12 | 11, 12 | Gary Schueman<br>Chase Cashier's Check<br>Columbus OH | BUYOUT DEBTORS VEHICLES | 1129-000 | 6,000.00 | | 6,000.00 |

*  **Reversed**
t  **Funds Transfer**
C  **Bank Cleared**

|  | COLUMN TOTALS | 6,000.00 | 0.00 | 6,000.00 |
| --- | --- | --- | --- | --- |
|  | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
|  | Subtotal | 6,000.00 | 0.00 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | Net | 6,000.00 | 0.00 | |

|  | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | | |
| Checking Account - ********6161 | | 6,000.00 | 0.00 | 6,000.00 |
| | | ---------------------- | ---------------------- | ---------------------- |
| | | 6,000.00 | 0.00 | 6,000.00 |
| | | ============== | ============== | ============== |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        6,000.00        0.00

LFORM24  UST Form 101-7-TFR (5/1/2011) *(Page: 5)*        Ver: 16.05c

| | | | EXHIBIT C - SCHUEMAN | | | |
|---|---|---|---|---|---|---|
| Page 1 | | | ANALYSIS OF CLAIMS REGISTER | | | Date: December 05, 2012 |

Case Number: 11-48741  
Debtor Name: SCHUEMAN, GARY K.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg & Wallace<br>19 S. LaSalle St. #1500<br>Chicago  IL  60603 | Administrative | | $1,350.00 | $0.00 | $1,350.00 |
| 001<br>3110-00 | Baldi Berg & Wallace, LLC<br>19 S. LaSalle St. #1500<br>Chicago  IL  60603 | Administrative | | $1,339.00 | $0.00 | $1,339.00 |
| 000001<br>070<br>7100-00 | American InfoSource LP as agent for Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Unsecured | | $4,811.70 | $0.00 | $4,811.70 |
| 000002<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $357.88 | $0.00 | $357.88 |
| 000003<br>070<br>7100-00 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $390.05 | $0.00 | $390.05 |
| | Case Totals: | | | $8,248.63 | $0.00 | $8,248.63 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-48741
Case Name: SCHUEMAN, GARY K.
　　　　　　SCHUEMAN, CYNTHIA L.
Trustee Name: Elizabeth C. Berg, Trustee

　　　　　Balance on hand　　　　　　　　　　　　　　　　　　$

　Claims of secured creditors will be paid as follows:

NONE

　Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg, Trustee | $ | $ | $ |
| Attorney for Trustee Fees: Baldi Berg & Wallace, LLC | $ | $ | $ |

　　Total to be paid for chapter 7 administrative expenses　　　$_____

　　Remaining Balance　　　　　　　　　　　　　　　　　　　$_____

　Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

　　In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $     must be paid in advance of any dividend to general (unsecured) creditors.

　　Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for | $ | $ | $ |
| 000002 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000003 | Capital One, N.A. | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance                                         $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE