# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: § 
 § 
SCHUEMAN, GARY K. § Case No. 11-48741
SCHUEMAN, CYNTHIA L. § 
 § 
Debtor(s) § 

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        Kenneth S. Gardner
        Clerk of the U.S. Bankruptcy Court
        219 S. Dearborn, 7th Floor
        Chicago, Illinois 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :

        10:00 a.m.
        on February 7, 2013
        in Courtroom 240 of the Kane County Courthouse
        100 South 3rd Street, Geneva, Illinois

   If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____      By: Kenneth S. Gardner_____
                                                            Clerk of the US Bankruptcy Court

*Elizabeth C. Berg, Trustee*
*19 S. LaSalle Street #1500*
*Chicago, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                            §
                                  §
SCHUEMAN, GARY K.                 §    Case No. 11-48741
SCHUEMAN, CYNTHIA L.              §
                                  §
           Debtor(s)              §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---:|---:|
| The Final Report shows receipts of | $ | 6,000.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 6,000.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Elizabeth C. Berg, Trustee | $ 1,350.00 | $ 0.00 | $ 1,350.00 |
| Attorney for Trustee Fees: Baldi Berg & Wallace, LLC | $ 1,339.00 | $ 0.00 | $ 1,339.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 2,689.00 |
| Remaining Balance | | $ | 3,311.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 5,559.63  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  59.6  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for | $ 4,811.70 | $ 0.00 | $ 2,865.58 |
| 000002 | Capital One Bank (USA), N.A. | $ 357.88 | $ 0.00 | $ 213.13 |
| 000003 | Capital One, N.A. | $ 390.05 | $ 0.00 | $ 232.29 |
| | Total to be paid to timely general unsecured creditors | | | $ 3,311.00 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Elizabeth C. Berg
Elizabeth C. Berg, Trustee

*Elizabeth C. Berg, Trustee*
*19 S. LaSalle Street #1500*
*Chicago, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-48741-CAD
Gary K. Schueman                                                          Chapter 7
Cynthia L. Schueman
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: froman              Page 1 of 3           Date Rcvd: Jan 08, 2013
                              Form ID: pdf006           Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 10, 2013.
```
db         +Gary K. Schueman,    83 Flynn Court,    North Aurora, IL 60542-9117
jdb        +Cynthia L. Schueman,    2041 Grandemere Drive,    Cookeville, TN 38501-0726
18130853   +American Express,    P.O. Box 981537,    El Paso, TX 79998-1537
18625872   +At&T,   Credit Collection Services,    Two Wells Ave,    Newton Center, MA 02459-3246
18130856   +Bureau of Collection,    7575 Corporate Way,    Eden Prairie, MN 55344-2000
18130858   +CBNA,   P.O. Box 6497,    Sioux Falls, SD 57117-6497
18130857   +Capital One,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
18712258    Capital One Bank (USA), N.A.,     PO Box 71083,   Charlotte, NC  28272-1083
19032311    Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
18130859   +Chase,   P.O. Box 15298,    Wilmington, DE 19850-5298
18625873    Christie Lodge,    47 E Beaver Creek Blvd,    Avon, CO 81620
18130860   +Computer Integrated Automation, Inc,     83 Flynn Court,    North Aurora, IL 60542-9117
18130861   +Credit Protection Assoc.,    13355 Noel Rd., Suite 2100,    Dallas, TX 75240-6837
18130863    First Revenue Assurance,    4500 S. Cherry Creek,    Denver, CO 80206
18130864    Ford Credit,    P.O. Box 790093,    Saint Louis, MO 63179-0093
18130866   +Macy’s,   9111 Duke Blvd.,    Mason, OH 45040-8999
18625871   +Marie Brown,    1691 Biltmore Dr,    Cookeville, TN 38501-7770
18130870   +Pathfinder Holdings, LLC,    1010 Morse Ave., Suite C,    Schaumburg, IL 60193-4584
18130871   +Sonnenschien Fin’l Services,    2 Transam Plaza Dr., Suite 3,    Oakbrook Terrace, IL 60181-4823
18130872   +Summer Bay Resort,    3950 Koval Lane,    Las Vegas, NV 89109-4703
18130873   +Target National Bank,    P.O. Box 673,    Minneapolis, MN 55440-0673
18130875   +Wells Fargo Card Services,    P.O. Box 9210,    Des Moines, IA 50306-9210
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18640491    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 09 2013 01:48:37
             American InfoSource LP as agent for,    Target,    PO Box 248866,    Oklahoma City, OK  73124-8866
18130854   +E-mail/Text: RBALTAZAR@ARMORSYS.COM Jan 09 2013 01:05:20      Armor Systems Co.,
             1700 Kiefer Dr., Suite 1,    Zion, IL 60099-5105
18130862   +E-mail/Text: collector@dupageco.org Jan 09 2013 01:08:52      DuPage County Collector,
             421 N. County Farm Rd.,    Wheaton, IL 60187-3992
18625870   +E-mail/Text: bknotice@erccollections.com Jan 09 2013 02:26:31      Enhanced Recovery Company,
             8014 Bayberry Rd,    Jacksonville, FL 32256-7412
18130865   +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 09 2013 01:01:36      Kohl’s,
             N56W17000 Ridgewood Dr.,    Menomonee Falls, WI 53051-7096
18130868   +E-mail/Text: bankruptcydpt@mcmcg.com Jan 09 2013 01:02:44      Midland Credit Management, Inc.,
             8875 Aero Dr., Suite 2,    San Diego, CA 92123-2255
18130869   +E-mail/Text: bankrup@aglresources.com Jan 09 2013 01:00:48      Nicor Gas,    P.O. Box 8350,
             Aurora, IL 60507-8577
                                                                                              TOTAL: 7
```
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Baldi Berg &  Wallace, Ltd
18130855   ##Bank of America,    P.O. Box 15026,   Wilmington, DE 19850-5026
18130867   ##+Marie Brown,    2041 Grandemere,    Cookeville, TN 38501-0726
18130874   ##+Teller, Levit & Silvertrust, P.C.,    11 E. Adams St., Suite 800,    Chicago, IL 60603-6324
                                                                                              TOTALS: 1, * 0, ## 3
```
Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ‘##’ were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor’s attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1           User: froman              Page 2 of 3            Date Rcvd: Jan 08, 2013
                               Form ID: pdf006           Total Noticed: 29

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 10, 2013**                    **Signature:**        _Joseph Speetjens_

```
District/off: 0752-1           User: froman              Page 3 of 3                  Date Rcvd: Jan 08, 2013
                               Form ID: pdf006           Total Noticed: 29
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 7, 2013 at the address(es) listed below:

        Dennise L. McCann    on behalf of Joint Debtor Cynthia L. Schueman mccann@aandalaw.com, wheaton@aandalaw.com
        Dennise L. McCann    on behalf of Debtor Gary K. Schueman mccann@aandalaw.com, wheaton@aandalaw.com
        Elizabeth C Berg    bergtrustee@baldiberg.com, eberg@ecf.epiqsystems.com
        Elizabeth C Berg    on behalf of Trustee Elizabeth C Berg ecberg@ameritech.net
        Jennifer M Rinn    on behalf of Creditor    JPMorgan Chase Bank, N.A. successor by merger to Bank One JenniferR@kropik.net
        Michael L Sherman    on behalf of Creditor    Ford Motor Credit Company LLC shermlaw1@aol.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

        TOTAL: 7