UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
 §
SCHUEMAN, GARY K. § Case No. 11-48741
SCHUEMAN, CYNTHIA L. §
 §
 §
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C. Berg, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter   on            . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/Elizabeth C. Berg, Trustee_____
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase P.O. Box 15298 Wilmington, DE 19850 |  |  |  |  |  |
|  | DuPage County Collector 421 N. County Farm Rd. Wheaton, IL 60187 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ford Credit P.O. Box 790093 Saint Louis, MO 63179-0093 | | | | | |
| | Sonnenschien Fin'l Services 2 Transam Plaza Dr., Suite 3 Oakbrook Terrace, IL 60181 | | | | | |
| | Summer Bay Resort 3950 Koval Lane Las Vegas, NV 89109 | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ELIZABETH C. BERG, TRUSTEE | | | | | |
| BALDI BERG & WALLACE | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express P.O. Box 981537 El Paso, TX 79998 | | | | | |
| | Armor Systems Co. 1700 Kiefer Dr., Suite 1 Zion, IL 60099 | | | | | |
| | Bank of America P.O. Box 15026 Wilmington, DE 19850-5026 | | | | | |
| | Bureau of Collection 7575 Corporate Way Eden Prairie, MN 55344 | | | | | |
| | CBNA P.O. Box 6497 Sioux Falls, SD 57117 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Credit Protection Assoc. 13355 Noel Rd., Suite 2100 Dallas, TX 75240 | | | | | |
| | First Revenue Assurance 4500 S. Cherry Creek Denver, CO 80206 | | | | | |
| | Kohl's N56W17000 Ridgewood Dr. Menomonee Falls, WI 53051 | | | | | |
| | Macy's 9111 Duke Blvd. Mason, OH 45040 | | | | | |
| | Marie Brown 2041 Grandemere Cookeville, TN 38501 | | | | | |
| | Marie Brown 2041 Grandemere Cookeville, TN 38501 | | | | | |
| | Midland Credit Management, Inc. 8875 Aero Dr., Suite 2 San Diego, CA 92123 | | | | | |
| | Nicor Gas P.O. Box 8350 Aurora, IL 60507-8350 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nicor Gas P.O. Box 8350 Aurora, IL 60507-8350 | | | | | |
| | Wells Fargo Card Services P.O. Box 9210 Des Moines, IA 50306 | | | | | |
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000002 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000003 | CAPITAL ONE, N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1 - SCHUEMAN
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 11-48741 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|---|
| Case Name: | SCHUEMAN, GARY K. | | | Date Filed (f) or Converted (c): | 12/02/11 (f) |
| | SCHUEMAN, CYNTHIA L. | | | 341(a) Meeting Date: | 01/09/12 |
| For Period Ending: | 07/24/13 | | | Claims Bar Date: | 04/10/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 180 Geneva Rd. Glen Ellyn, IL 60137  stay lifted | 350,000.00 | 0.00 | | 0.00 | FA |
| 2. Chase checking account ending 1506 | 900.00 | 0.00 | | 0.00 | FA |
| 3. Chase savings account ending 9959  Debtors used funds to pay estate for settlement of equity in vehicles; no value to estate to pursue recovery | 439.00 | 0.00 | DA | 0.00 | FA |
| 4. Charter One checking account  Debtors used fundsto pay estate for settlement of equity in vehicles; no value to estate to pursue recovery | 50.00 | 0.00 | DA | 0.00 | FA |
| 5. Security deposit held by Debtor's landlord | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. Ordinary household goods and furnishings | 1,500.00 | 0.00 | | 0.00 | FA |
| 7. Ordinary wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| 8. Beaver Coat, Pink Leather Coat with Silver FOx col | 300.00 | 0.00 | | 0.00 | FA |
| 9. American General Life Insurance (term) | 0.00 | 0.00 | | 0.00 | FA |
| 10. Amercian General Life Insurance (term) | 0.00 | 0.00 | | 0.00 | FA |
| 11. 2008 Toyota Sienna | 14,876.00 | 1,000.00 | | 1,000.00 | FA |
| 12. 2011 Ford Explorer | 22,000.00 | 5,000.00 | | 5,000.00 | FA |
| 13. Time Share Avon Colorado | 0.00 | 0.00 | | 0.00 | FA |
| 14. Time Share in Las Vegas, Nevada | 0.00 | 0.00 | | 0.00 | FA |
| 15. Time Share in Antilles | 0.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $392,065.00 | $6,000.00 | | $6,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

Ver: 16.05c

**FORM 1 - SCHUEMAN**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |
|---|---|
| Case No: 11-48741   CAD   Judge: CAROL A. DOYLE | Trustee Name: Elizabeth C. Berg, Trustee |
| Case Name: SCHUEMAN, GARY K. | Date Filed (f) or Converted (c): 12/02/11 (f) |
| SCHUEMAN, CYNTHIA L. | 341(a) Meeting Date: 01/09/12 |
| | Claims Bar Date: 04/10/13 |

Trustee reached settlement with Debtors for purchase of Estate's interest in (2) motor vehicles and recovered $6,000.00.
Trustee reviewed claims, filed final report, and made final distribution. Trustee will submit TDR to UST for review
in July 2013 and case will close once TDR is approved.

Initial Projected Date of Final Report (TFR):  / /       Current Projected Date of Final Report (TFR):  / /

      /s/    Elizabeth C. Berg, Trustee
_____ Date: 07/24/13
      ELIZABETH C. BERG, TRUSTEE

FORM 2 - SCHUEMAN

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 11-48741 -CAD | | Trustee Name: | Elizabeth C. Berg, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | SCHUEMAN, GARY K. | | Bank Name: | Congressional Bank |
| | SCHUEMAN, CYNTHIA L. | | Account Number / CD #: | *******6161 Checking Account |
| Taxpayer ID No: | *******5652 | | | |
| For Period Ending: | 07/24/13 | | Blanket Bond (per case limit): | $ 100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/07/12 | 11, 12 | Gary Schueman<br>Chase Cashier's Check<br>Columbus  OH | BUYOUT DEBTORS VEHICLES | 1129-000 | 6,000.00 | | 6,000.00 |
| 02/08/13 | 001001 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg & Wallace<br>19 S. LaSalle St.  #1500<br>Chicago  IL  60603 | Trustee Final Compensation | 2100-000 | | 1,350.00 | 4,650.00 |
| 02/08/13 | 001002 | Baldi Berg & Wallace, LLC<br>19 S. LaSalle St.  #1500<br>Chicago  IL  60603 | TR's Attorney<br>Final Compensation | 3110-000 | | 1,339.00 | 3,311.00 |
| 02/08/13 | 001003 | American InfoSource LP as agent for<br>Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Claim 000001, Payment 59.55442% | 7100-000 | | 2,865.58 | 445.42 |
| 02/08/13 | 001004 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000002, Payment 59.55348% | 7100-000 | | 213.13 | 232.29 |
| 02/08/13 | 001005 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000003, Payment 59.55390% | 7100-000 | | 232.29 | 0.00 |

Page Subtotals    6,000.00    6,000.00

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2 - SCHEDULE

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| | |   | | |
|---|---|---|---|---|
| Case No: | 11-48741 -CAD | | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | SCHUEMAN, GARY K. | | Bank Name: | Congressional Bank |
| | SCHUEMAN, CYNTHIA L. | | Account Number / CD #: | *******6161 Checking Account |
| Taxpayer ID No: | *******5652 | | | |
| For Period Ending: | 07/24/13 | | Blanket Bond (per case limit): | $ 100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|   |   |   |   |
|---|---|---|---|
| COLUMN TOTALS | | 6,000.00 | 6,000.00 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 6,000.00 | 6,000.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 6,000.00 | 6,000.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******6161 | 6,000.00 | 6,000.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 6,000.00 | 6,000.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*